AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>Roger Stone; Nydia Stone (individually and as trustee); Bertran Family Revocable Trust; Drake Ventures LLC; Broward County; Russell Harris; Galleria Lofts Condo Assn; Galleria Lofts LLC<br>*Defendant(s)* | ))))))))))))) | Civil Action No. 21-cv-60825-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Nydia B. Stone
1045 NE 18th Avenue, No. 101
Fort Lauderdale, Florida 33304


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chris J. Coulson
Trial Attorney, U.S. Department of Justice, Tax Division
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044
Tel: 202.353.0061; E-mail: Christopher.j.coulson@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Apr 22, 2021

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Maria Cruz
Deputy Clerk
U.S. District Courts