UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60825-RAR

**UNITED STATES**,

    Plaintiff,

v.

**ROGER J. STONE**, *et al.*,

    Defendants.
_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. On April 16, 2021, Plaintiff filed its Complaint [ECF No. 1]. To date, there is no indication in the court file that Defendants have been served with the Complaint.[1] Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **July 15, 2021**, Plaintiff shall perfect service upon Defendants or show good cause as to why the claims against the unserved Defendants should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **July 15, 2021** will result in a **dismissal without prejudice** of claims against the unserved Defendants without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of May, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[1] Broward County filed an Answer on May 3, 2021 [ECF No. 5], but Plaintiff has not filed returns of service for any of the Defendants.