UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICACASE NO. 0:21-cv-60825-RAR

   Plaintiff

vs.

ROGER J. STONE, NYDIA B. STONE, an individual, NYDIA B. STONE, TRUSTEE, BERTRAN FAMILY REVOCABLE TRUST, DRAKE VENTURES LLC, BROWARD COUNTY.

   Defendants.
_____/

## NOTICE OF APPEARANCE

Brian R. Harris of Fogarty Mueller Harris, PLLC enters his appearance on behalf of Defendants Roger J. Stone, Nydia B. Stone, an individual, Nydia B. Stone, Trustee, Bertran Family Revocable Trust, and Drake Ventures LLC, in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Dated: May 20, 2021Respectfully Submitted,

/s/ Brian R. Harris
Brian R. Harris
FL Bar No. 512001
**FOGARTY MUELLER HARRIS, PLLC**
100 E. Madison St., Ste. 202
Tampa, FL 33602
813-682-1720 (phone)
brian@fmhlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

By: /s/ Brian R. Harris
Brian R. Harris