**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

    Plaintiff

vs.                                          **CASE NO. 0:21-cv-60825-RUIZ/Strauss**

ROGER J. STONE, NYDIA B. STONE, individually and as trustee for the Bertran Family Revocable Trust, BERTRAN FAMILY REVOCABLE TRUST, DRAKE VENTURES LLC, BROWARD COUNTY; RUSSELL HARRIS; GALLERIA LOFTS CONDOMINIUM ASSOCIATION, INC.; GALLERIA LOFTS, LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    Derick R. Vollrath, of Marcus Neiman Rashbaum & Pineiro LLP, hereby enters his appearance on behalf of Defendants Roger J. Stone, Nydia B. Stone, an individual, Nydia B. Stone, Trustee, Bertran Family Revocable Trust, and Drake Ventures LLC, in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Dated: May 20, 2021                                Respectfully Submitted,

                                                    /s/ Derick R. Vollrath
                                                    Derick R. Vollrath
                                                    Fla. Bar No. 126740
                                                    dvollrath@mnrlawfirm.com
                                                    **MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
                                                    100 Southeast Third Avenue, Suite 805
                                                   Ft. Lauderdale, Florida 33394
                                                   Telephone: (954) 462-1200

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2021, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

                                            By:    <u>/s/ Derick R. Vollrath</u>
                                                               Derick R. Vollrath