UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60825-RAR

**UNITED STATES**,

    Plaintiff,

v.

**ROGER J. STONE**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendants Roger J. Stone, Nydia B. Stone, Bertran Family Revocable Trust, and Drake Ventures LLC have waived service. *See* Waivers of Service [ECF Nos. 10-14]. Additionally, Defendant Broward County filed an Answer on May 3, 2021 [ECF No. 5]. However, no proof of service for Defendants Russell Harris, Galleria Lofts Condominium Association, Inc., and Galleria Lofts LLC (collectively, "Remaining Defendants") has been filed. To better manage the orderly progress of this case, it is

**ORDERED AND ADJUDGED** that Defendants shall not file a response until the Remaining Defendants have been served with process. After *all* Defendants have been served, Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Thus, Plaintiff shall promptly file a return of service after serving the Remaining Defendants.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of May, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**