**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

      Plaintiff,

vs.                                     **CASE NO. 0:21-cv-60825-RAR**

ROGER J. STONE, NYDIA B. STONE, an
individual, NYDIA B. STONE, TRUSTEE,
BERTRAN FAMILY REVOCABLE TRUST,
DRAKE VENTURES LLC, BROWARD COUNTY;
RUSSELL HARRIS; GALLERIA LOFTS
CONDOMINIUM ASSOCIATION, INC.; GALLERIA
LOFTS, LLC,

      Defendants.

_____/

**NOTICE OF APPEARANCE AND DESIGNATON OF EMAIL ADDRESSES**

      PLEASE TAKE NOTICE that Barbara R. Schabert, Esq., of KAUFMAN DOLOWICH &

VOLUCK, LLP, attorneys duly-admitted to this Court hereby appear as counsel for Defendant,

GALLERIA LOFTS CONDOMINIUM ASSOCIATION, INC., and notice is given that a copy of

all future correspondence and litigation documents be served upon the undersigned at the following

email address:

| | | |
|---|---|---|
| **Primary:** | **Barbara R. Schabert** | |
| | bschabert@kdvlaw.com | |
| **Secondary:** | **Tamara Bell** | |
| | tbell@kdvlaw.com | |

      Respectfully submitted this 9th day of June 2021.

                                 **KAUFMAN DOLOWICH VOLUCK**

                             By: */s/Barbara Schabert*
                                 **Barbara R. Schabert, Esq.**
                                 Fla. Bar No.: 121421
                                 Email: bschabert@kdvlaw.com
                                 **Avery A. Dial, Esq.**
                                 Florida Bar No.: 732036
                                 Email: adial@kdvlaw.com

One Financial Plaza
100 S.E. 3rd Ave., Suite 1500
Fort Lauderdale, FL 33394
Tel. (954) 302-2360;
Fax: (888) 464-7982
*Attorneys for Galleria Lofts*
*Condominium Association, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 9th day of June 2021, a copy of the foregoing was filed

with CM/ECF portal which will transmit copies to all counsel of record.


*/s/Barbara Schabert*
**Barbara R. Schabert, Esq.**

2