UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                                                                     CASE NO. 0:21-cv-60825-RAR

ROGER J. STONE, NYDIA B. STONE, an
individual, NYDIA B. STONE, TRUSTEE,
BERTRAN FAMILY REVOCABLE TRUST,
DRAKE VENTURES LLC, BROWARD COUNTY;
RUSSELL HARRIS; GALLERIA LOFTS
CONDOMINIUM ASSOCIATION, INC.; GALLERIA
LOFTS, LLC,

    Defendants.
_____/

**NOTICE OF APPEARANCE AND DESIGNATON OF EMAIL ADDRESSES**

PLEASE TAKE NOTICE that Avery Dial, Esq., of KAUFMAN DOLOWICH & VOLUCK, LLP, attorneys duly-admitted to this Court hereby appear as counsel for Defendant, GALLERIA LOFTS CONDOMINIUM ASSOCIATION, INC., and notice is given that a copy of all future correspondence and litigation documents be served upon the undersigned at the following email address:

| | |
|---|---|
| **Primary:** | **Avery Dial, Esq.** |
| | adial@kdvlaw.com |
| **Secondary:** | **Flordelis Gonzalez** |
| | fgomzalez@kdvlaw.com |

Respectfully submitted this 9th day of June 2021.

                                                          **KAUFMAN DOLOWICH VOLUCK**

                                                          By: */s/Avery Dial*
                                                          **Avery A. Dial, Esq.**
                                                          Florida Bar No.: 732036
                                                          Email: adial@kdvlaw.com
                                                          **Barbara R. Schabert, Esq.**
                                                           Fla. Bar No.: 121421
                                                          Email: bschabert@kdvlaw.com

>One Financial Plaza
>100 S.E. 3rd Ave., Suite 1500
>Fort Lauderdale, FL 33394
>Tel. (954) 302-2360;
>Fax: (888) 464-7982
>*Attorneys for Galleria Lofts*
>*Condominium Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June 2021, a copy of the foregoing was filed with CM/ECF portal which will transmit copies to all counsel of record.

>*/s/Avery Dial*
>**Avery Dial, Esq.**