UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60825-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER J. STONE, et al.,

    Defendants.

_____/

## UNOPPOSED MOTION FOR ORDER OF DISMISSAL OF DEFENDANT GALLERIA LOFTS, LLC WITHOUT PREJUDICE

Defendant Galleria Lofts, LLC ("**Galleria Lofts**"), by the undersigned counsel, submits this unopposed Motion For Order of Dismissal of Defendant Galleria Lofts from this action without prejudice, and requests that the Court enter an Order accordingly. The parties have conferred and the United States do not oppose this motion. No party seeks costs or fees in regards to this motion, this lawsuit, and the proposed dismissal.

1. The United States alleges in its Complaint that Galleria Lofts "is listed in the Declaration of Condominium for the property that includes the Stone Residence," and is therefore "named as a [defendant] pursuant to 26 U.S.C. § 7403(b) as an entity that has or may claim an interest in the Stone Residence." *See* Compl. ¶ 10.

2. In this lawsuit, the United States does not seek any monetary recovery from Galleria Lofts. In fact, the United States does not appear to seek any specific relief against Galleria Lofts in the Complaint, other than alleging its purported interest pursuant to 26 U.S.C. § 7403(b).

3. Galleria Lofts disclaims any interest in the Stone Residence or any funds that may be generated from the sale of the Stone Residence.

4.  Upon dismissal of Galleria Lofts by the Court, Galleria Lofts and the United States agree to bear all of their own fees and costs associated with this motion, this lawsuit, and the proposed dismissal.

**WHEREFORE**, Galleria Lofts respectfully requests the entry of an Order dismissing Galleria Lofts from this action without prejudice and ordering that the Galleria Lofts and the United States bear their own fees and costs in connection with this motion, this lawsuit, and the proposed dismissal.

Dated: June 14, 2021.                                             Respectfully submitted,

> */s/   Jeffrey B. Pertnoy*
> Jeffrey B. Pertnoy, Esq.
> Florida Bar Number 91939
> Jeffrey.pertnoy@akerman.com
> **AKERMAN LLP**
> Three Brickell City Centre
> Suite 1100
> 98 Southeast Seventh Street
> Miami, Florida 33131
> Tel: (305) 374-5600
> Fax: (305) 374-5095
>
> *Attorney for Defendant Galleria Lofts*