UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60825-RUIZ

UNITED STATES,

    Plaintiff,

v.

ROGER J. STONE, *et al.*,

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Internal Operating Procedure 2.16.00 for the Southern District of Florida.

DATED in Fort Lauderdale, Florida, this 16th day of June 2021.

*Jared Strauss*
Jared M. Strauss
United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge Lurana S. Snow.

Copies of this Notice shall be served on all pending parties of record in accordance with CM/ECF Administrative Procedures.

By Order of the Court this 16th day of June, 2021.

ANGELA E. NOBLE
Clerk of Court

/s/ John M. Ditullio

By: Deputy Clerk

Copies to:

Roldolfo A. Ruiz, II, United States District Judge
Jared M. Strauss, United States Magistrate Judge
Lurana S. Snow, United States Magistrate Judge
All Counsel of Record and/or Pro Se Parties