UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60825-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ROGER J. STONE**, *et al.*,

    Defendants.
_____/

## ORDER GRANTING STAY AND DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE

**THIS CAUSE** is before the Court upon the Stone Defendants'[1] Unopposed Motion for Ninety (90) Day Stay [ECF No. 22] ("Motion"), filed on June 15, 2021. Having reviewed the Motion, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 22] is **GRANTED**.

2. This case is hereby **STAYED** for **ninety (90) days**, excluding from the stay the following litigation activities, which the parties may continue during the stay period:

    a. service of subpoenas on Wells Fargo and PayPal;

    b. service of process on Defendant Russell Harris, the sole defendant who has not yet been served; and

    c. the filing of motions by non-Stone defendants for dismissal or to limit their obligations to participate in this litigation, and responses to any such motion.

---

[1] The Stone Defendants are Roger Stone, Nydia Stone, Bertran Family Revocable Trust, and Drake Ventures LLC.

3. The Clerk of this Court shall mark this cause as closed for statistical purposes without prejudice to the parties to continue with the litigation activities described above.

4. Within ninety (90) days, the parties shall file a motion to reopen the case or to extend the stay.

5. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of June, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record