UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60825-RAR

**UNITED STATES**,

    Plaintiff,

v.

**ROGER J. STONE**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO PERFECT SERVICE ON DEFENDANT RUSSELL HARRIS

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On May 17, 2021, the Court issued an Order to Perfect Service [ECF No. 6] ("Order"), ordering Plaintiff to perfect service upon Defendants by July 15, 2021 or show good cause as to why their claims against Defendants should not be dismissed.

On June 15, 2021, Defendants Roger Stone, Nydia Stone, Bertran Family Revocable Trust, and Drake Ventures LLC ("Stone Defendants") filed an unopposed motion to stay the case for ninety days [ECF No. 22] ("Motion to Stay"). The Motion to Stay indicated that Plaintiff would continue its efforts to perfect service on Defendant Russell Harris while the case was stayed. The Court granted the Motion to Stay on June 16, 2021 [ECF No. 24] and administratively closed the case, stating that during the stay Plaintiff may continue its efforts to serve Russell Harris. To date, the record does not reflect that Plaintiff has served Russell Harris. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall perfect service on Defendant Russell Harris—or file an appropriate motion for an extension of time to do so—on or before **July 28, 2021**. Failure to comply with this Order will result in the dismissal of the claims against Russell Harris without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 18th day of July, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**