UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA;

    *Plaintiff*,

v.

ROGER J. STONE, *et al.*,

    *Defendants*.

Case No: 1:21-cv-60825-RAR

## **STONE DEFENDANTS' UNOPPOSED MOTION TO REOPEN CASE**

On September 13, 2021, the Court granted Stone Defendants' Motion to Extend the Stay [D.E. 28.]  The Court directed that the parties shall file a motion to reopen the case on or before October 31, 2021.  The Stone Defendants now ask that the Court reopen the case.

The Court's original order staying the case was entered before the Stone Defendants were required to answer or otherwise respond to the Government's complaint and before the parties filed a Joint Scheduling and Discovery Report. The Court has not yet entered a scheduling order pursuant to Fed. R. Civ. Pro 16.

The Stone Defendants request that the Court grant them until November 22, 2021, to file an answer or otherwise respond to the Government's complaint, and that the Court grant the parties until November 29, 2021 to confer as required by Fed. R. Civ. Pro. 26 (f) and file a Joint Scheduling and Discovery Report pursuant to Local Rule 16.1(b)(2).

### Local Rule 7.1(a)(3) Conference Certification

Counsel for the Stone Defendants have conferred with counsel for the Government and the remaining defendants. Broward County has consented to the relief requested in this Motion. Defendant Galleria Lofts Condominium Association, Inc. has not responded to counsel's inquiries. The Stone Defendants understanding of the government's position is set forth in the body of this motion.

Dated: October 29, 2021                                                            Respectfully submitted,

| | |
|---|---|
| **MARCUS NEIMAN RASHBAUM & PINEIRO LLP** | **FOGARTY MUELLER HARRIS, PLLC** |
| | */s/ Brian Harris* |
| */s/ Derick Vollrath* | Brian R. Harris |
| **Jeffrey Neiman** | brian@fmhlegal.com |
| Florida Bar. No. 544469 | FL Bar No. 512001 |
| jneiman@mnrlawfirm.com | 100 E. Madison Street |
| **Derick Vollrath** | Suite 2020 |
| Florida Bar No. 126740 | Tampa, FL 33602 |
| dvollrath@mnrlawfirm.com | Telephone: (813) 682-1720 |
| 100 Southeast Third Avenue, Ste. 805 | |
| Fort Lauderdale, FL 33394 | *Counsel for Stone Defendants* |
| Telephone: (954) 462-1200 | |
| Facsimile: (954) 688-2492 | |

*Counsel for Stone Defendants*

### CERTIFICATE OF SERVICE

I certify that on October 29, 2021, I filed the foregoing document through the Court's CM/ECF system which has caused service to be made upon all counsel of record in this case.

                                                                                                   */s/ Derick Vollrath*

2