UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60825-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ROGER J. STONE**, *et al.*,

    Defendants.

_____/

**ORDER GRANTING STONE DEFENDANTS'
UNOPPOSED MOTION TO REOPEN CASE**

**THIS CAUSE** comes before the Court on the Stone Defendants' Unopposed Motion to Reopen Case [ECF No. 29] ("Motion"), filed on October 29, 2021. Having carefully reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Clerk of Court shall remove this case from civil suspense and restore it to the active litigation docket;

2. Defendants' answer or response to Plaintiff's Complaint [ECF No. 1] shall be due on or before **November 22, 2021**; and

3. The parties shall meet-and-confer and submit a joint proposed case management order on or before **November 29, 2021**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of November, 2021.

                                                                                        _____
                                                                                        **RODOLFO A. RUIZ II**
                                                                                        UNITED STATES DISTRICT JUDGE