IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 21-CV-60825-RAR

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

ROGER J. STONE, et al.,

 Defendants.
_____/

## United States' Certificate of Interested Parties and Corporate Disclosure Statement

 Plaintiff, the United States of America, pursuant the Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties (ECF No. 32) and FED. R. CIV. P. 7.1, states that it has no parent corporation or publicly-held corporation owning 10% or more of its stock, and further states as follows.

 **Complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:**

- The United States of America

- Roger J. Stone;

- Nydia B. Stone, individually and as trustee for the Bertran Family Revocable Trust;

- Bertran Family Revocable Trust;

- Drake Ventures LLC;

- Broward County;

- Russell Harris;

- Galleria Lofts Condominium Association, Inc.

Date:  December 9, 2021

        Respectfully submitted,

        David A. Hubbert
        Deputy Assistant Attorney General

By:

        **Christopher J. Coulson**
        CHRISTOPHER J. COULSON
        Florida Special Bar No. A5502672
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone:  (202) 353-0061
        Facsimile:  (202) 514-4963
        Christopher.J.Coulson@usdoj.gov

*Of Counsel*

JUAN ANTONIO GONZALEZ
Acting United States Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above document has been served on counsel of record on December 9, 2021 by filing via ECF. A copy has also been mailed to:

> Mr. Russell Harris
> 6575 Burnside Road
> Sebastopol, CA 95472-8402

/s/ Christopher J. Coulson

CHRISTOPHER J. COULSON