UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

CASE NO.: 0:21-cv-60825-RAR

ROGER J. STONE, NYDIA B. STONE, individually and as trustee for the Bertran Family Revocable Trust, BERTRAN FAMILY REVOCABLE TRUST, DRAKE VENTURES LLC, BROWARD COUNTY, RUSSELL HARRIS, GALLERIA LOFTS CONDOMINIUM ASSOCIATION, INC., and GALLERIA LOFTS, LLC,

    Defendants.
_____/

**DEFENDANT, GALLERIA LOFTS CONDOMINIUM ASSOCIATION, INC.'S, UNOPPOSED MOTION TO STAY/ABATE PROCEEDINGS AS TO THIS DEFENDANT ONLY, OR IN THE ALTERNATIVE, MOTION FOR RELIEF FROM REQUIREMENTS OF FEDERAL RULES OF CIVIL PROCEDURE**

Defendant, GALLERIA LOFTS CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as the "Association" or "Defendant"), by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure hereby files this Unopposed Motion to Stay/Abate Proceedings as to the Association only, or in the alternative, Motion for Relief from Requirements of Federal Rules of Civil Procedure, and in support thereof states as follows:

1. This matter arises out of purported tax liabilities the Plaintiff claims are owed by Co-Defendants, Roger J. Stone, Nydia B. Stone (collectively referred to herein as the "Stones"), Drake Ventures, LLC, and the Bertran Family Revocable Trust (the "Bertran Trust").

2. The Bertran Trust holds title to the condominium where the Stones allegedly reside (the "Stone Residence") located at 1045 Northeast 18th Avenue, Unit 101, Fort Lauderdale, Florida 33301, allegedly as nominee of the Stones. The Stone Residence is located within the Association.

1

3. Plaintiff asserts in the Complaint that the Association is named as a party pursuant to 26 U.S.C. §7403(b) as an entity that has or may claim an interest in the Stone Residence.

4. Within Plaintiff's prayer for relief, Plaintiff seeks for the Court to : (i) set aside the transfer of the Stone Residence to the Bertran Trust as fraudulent and declare the Stone Residence belongs to the Stones; (ii) alternatively, declare the Bertran Trust holds the Stone Residence as a nominee of the Stones; and (iii) declare that any tax liens that arose upon assessment of the taxes owed by the Stones are valid and enforceable against all property and interest in property held by the Stones, including the Stone Residence.

5. The Association does not take any position on any substantive claims presented in this matter or as to the relief sought by Plaintiff.

6. The Association will not be participating in discovery and has nothing to prove or disprove respective to this action.

7. The Association is named in this lawsuit merely as a potentially interested party with regard to any outcome related to title, or otherwise, of the Stone Residence.

8. As such, the Association respectfully moves this Court to stay or abate the proceedings as to the Association only, allowing the Association's involvement in this litigation to be limited to observing for purposes of its potential interest in any outcome related to title, or otherwise, of the Stone Residence.

9. Alternatively, the Association respectfully moves this Court to permit the Association relief from the litigation requirements set forth in the Federal Rules of Civil Procedure, including, but not limited to filing a response to Plaintiff's Complaint.

10. "A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *See Equity Lifestyle Properties, Inc. v. Florida*

*Mowing and Landscape Service, Inc.,* 556 F.3d 1232, 1240 (11th Cir. 2009) (citing *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43 (1991).

## Local Rule 7.1 Certification

The undersigned has conferred in good faith with counsel for all parties, all of whom have advised they do not object to the relief sought herein.

Dated: December 20, 2021

Respectfully submitted,

**KAUFMAN DOLOWICH VOLUCK LLP**

*/s/ Barbara R. Schabert*
**Barbara R. Schabert, Esq.**
Fla. Bar No. 121421
bschabert@kdvlaw.com
**Avery A. Dial, Esq.**
Fla. Bar No. 732036
adial@kdvlaw.com
One Financial Plaza
100 SE Third Avenue, Suite 1500
Fort Lauderdale, Florida 33394
Telephone: (954) 302-2360
Facsimile: (888) 464-7982
*Counsel for Galleria Lofts Condominium Association, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of December 2021, a true and correct copy of the foregoing was filed with CM/ECF portal which will transmit copies to all counsel of record.

*/s/ Barbara R. Schabert*
**Barbara R. Schabert, Esq.**