UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA;

   *Plaintiff*,

v.

ROGER J. STONE, *et al.*,

   *Defendants*.

Case No: 1:21-cv-60825-RAR

**STONE DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

**Corporate Disclosure Statement**

    Defendants Roger J. Stone, Nydia B. Stone, Nydia B. Stone as Trustee of the Bertran Family Revocable Trust, and Drake Ventures, LLC (collectively "Stone Defendants") state that none of them have any parent corporation or publicly held corporation owning 10% or more of their stock.

**Certificate of Interested Persons**

    **Complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party**

    The Stone Defendants are not aware of any person, associated person, firm, partnership or corporation other than the named parties to this case that might have a financial interest in its outcome.

1

Dated: December 21, 2021

Respectfully Submitted,

/s/ Brian R. Harris
Brian R. Harris
FL Bar No. 512001
**FOGARTY MUELLER HARRIS, PLLC**
100 E. Madison St., Ste. 202
Tampa, FL 33602
813-682-1720 (phone)
brian@fmhlegal.com

Jeffrey A. Neiman
Florida Bar No. 544469
Derick Vollrath
Florida Bar No. 126740
**MARCUS NEIMAN RASHBAUM**
**& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200 (phone)
jneiman@mnrlawfirm.com

Counsel for Stone Defendants

## CERTIFICATE OF SERVICE

I certify that on December 21, 2021, I filed the foregoing document through the Court's CM/ECF system which has caused service to be made upon all counsel of record in this case. A copy has also been mailed to:

Russell Harris
6575 Burnside Road
Sebastopol, CA 95472-8402

/s/ Brian R. Harris