UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60825-RAR

**UNITED STATES**,

    Plaintiff,

v.

**ROGER J. STONE**, *et al.*,

    Defendants.

_____/

<u>**ORDER SCHEDULING MEDIATION**</u>

The mediation conference in this matter shall be held with David H. Lichter, Esq. on **April 20, 2022 at 9:00 A.M. EST** at 2999 N.E. 191st Street, Suite 330, Aventura, Florida. The mediation conference shall take place in person. Requests to appear virtually by videoconference or other remote means must be made by motion providing good cause. A report of the mediation must be filed within **seven (7)** days thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of January, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**