UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 21-60825-CIV-RAR

ROGER J. STONE, et al.,

    Defendants.
_____/

**DEFENDANT DRAKE VENTURES LLC'S**
**RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Defendant Drake Ventures, LLC's responds to Plaintiff's First Request for Production of Documents ("the Requests") pursuant to Federal Rule of Civil Procedure 34.

**PRELIMINARY STATEMENT**

1.    The responses reflect Defendant's present state of knowledge regarding the documents and information sought in the Requests. Defendant reserves the right to supplement or amend these responses in accordance with the Federal Rules of Civil Procedure if he obtains additional information.

2.    Defendant's responses are not intended to be and shall not be deemed as an admission of the matters stated, implied, or assumed by the Requests. In responding to the Requests, Defendant neither waives nor intends to waive, but expressly intends to preserve and reserve: (a) any and all objections to the authenticity, relevance, competency, materiality, or admissibility at any proceeding including the trial in this or any other matter of any information or documents disclosed, identified, or referred to in response to the Requests; (b) all rights to object on any ground to the use of any of the documents or information produced or disclosed in response

1

to the Requests in any proceeding including the trial in this or any other matter; and (c) the right to object to other discovery or inquiry involving or relating to the subject matter of any information or documents disclosed in response to these Requests.  No objection or limitation, or lack thereof, made in these responses should be deemed an admission by Defendant as to the existence or nonexistence of any responsive information.

3. The Requests may use isolated terms that may have many possible meanings. Defendant has attempted to respond to the best of its ability, but objects to this ambiguity and reserves the right to supplement or revise its responses.

5. In addition to the specific objections below, Defendant objects to the Requests to the extent that they seek information protected by the attorney-client privilege, the work-product doctrine, and/or any other applicable privilege. To the extent that any privileged or otherwise protected information is produced inadvertently in response to the Requests, such production shall not constitute a waiver of Defendant's right to assert the applicability of any privilege or protection regarding that information, or of any ground to object to the discovery of such information.

## RESPONSES TO REQUESTS FOR PRODUCTION

1. All of Drake Ventures' books and records that cover any time period from January 1, 2017 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino.  The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

2. Your federal and state tax returns from 2007 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

3. To the extent not provided in response to Request No. 2, all documents that were filed by you or on your behalf with any taxing authority, including the Internal Revenue Service, any state tax agency (including the Delaware Division of Revenue and the Florida Department of Revenue), and further including the Florida Department of Economic Opportunity, from January 1, 2007 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

4. All MISC-1099 forms filed by Drake Ventures dated January 1, 2007 or later.

**Response:** Most, if not all, of the requested documents were likely previously produced to the

United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

5. All documents related to the structure, organization, management, and operation of Drake Ventures, including operating agreements and any amendments or supplements thereto.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

6. All documents that were filed by you or on your behalf with the Delaware Division of Corporations or any other state agency, including articles of organization, Certificates of Formation, Certificates of Revival, annual reports, business entity tax payments and related forms.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to

determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

7. All financial records for Drake Ventures, including any financial account statements, balance sheets, income statements, profit and loss statements, cash flow statements, and monthly, quarterly, and/or annual financial reports, that cover any time period from January 1, 2017 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

8. All contracts, memorandum of understanding, or other agreements (including insurance policies or loan agreements) to which Drake Ventures is a party that are dated and/or were in effect from January 1, 2017 to the present, including any addendums, schedules and notices.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if

so, will supplement their answer to this request.

9. Documents sufficient to identify all accountants, consultants, employees or other professionals that have been retained by Drake Ventures or whose services Drake Ventures has used from January 1, 2017 to the present, including copies of all retainer or engagement agreements.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

10. Documents sufficient to identify all members, shareholders, owners, officers, and employees of Drake Ventures from January 1, 2017 to the present, and their roles with respect to Drake Ventures.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

11. Documents sufficient to identify all vendors that you have retained or whose services Drake Ventures has used from January 1, 2017 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino.  The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

12. Documents sufficient to show all funds transferred between Drake Ventures and Roger Stone and/or Nydia Stone from January 1, 2017 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino.  The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

13. All checks made payable to Roger Stone that were deposited in Drake Ventures' account(s) from January 1, 2017 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino.  The Stone Defendants have not yet been able to review this production, but once the

United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

14. Documents sufficient to identify all entities that are (or have been) related to, and/or businesses that are affiliated with, Drake Ventures, including subsidiaries or parent companies, from January 1, 2017 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino.  The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

15. Documents sufficient to identify all vehicles leased or purchased by Drake Ventures from January 1, 2017 to the present, including all related lease, purchase or loan agreements.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino.  The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

16. Documents sufficient to identify all e-mail accounts, telephone numbers, fax numbers, and addresses used by Drake Ventures from January 1, 2017 to the present.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

17. All documents that you referred to or relied upon in responding to the United States' interrogatories.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

18. All documents identified in your initial disclosures.

**Response:** Most, if not all, of the requested documents were likely previously produced to the United States in response to its subpoenas to Olesiewicz & DeAquino, PA and Anthony DeAquino. The Stone Defendants have not yet been able to review this production, but once the United States makes the documents available, the Stone Defendants will review them to

determine if they possess any responsive documents that have not already been produced, and if so, will supplement their answer to this request.

Dated: April 19, 2022

**FOGARTY MUELLER HARRIS, PLLC**

/s BRIAN R. HARRIS
Brian R. Harris
brian@fmhlegal.com
FL Bar No. 512001
100 E. Madison Street
Suite 202
Tampa, FL 33602
Telephone: (813) 682-1720

*Counsel for Stone Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2022, a true and correct copy of the foregoing was served upon opposing counsel via email delivery.

By:   /s/ Brian Harris