UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>*Plaintiff*,<br><br>v.<br><br>ROGER J. STONE, *et al.*,<br><br>*Defendants*. | Case No: 1:21-cv-60825-RAR |

**AGREED RESPONSE TO**
**THE UNITED STATES' MOTION TO COPMEL**

On May 19, 2022, the United States filed a motion to compel responses to various interrogatories and requests for production. [DE 50.] The Stone Defendants do not oppose the relief requested in the United States' motion; however, the Stone Defendants request additional time to supplement their interrogatory responses and produce their documents. Counsel for the Stone Defendants have conferred with counsel for the United States regarding its motion, and subject to the Court's approval, the parties have agreed on the following procedure for addressing the issues raised in the United States' motion.

The Stone Defendants agree to the entry of an order requiring them to do the following by Friday, June 17, 2022:

(1) Interrogatory Responses:

(A) Roger and Nydia Stone (Nos. 1-8, 11-13); Drake Ventures (Nos. 1-11); Bertran Trust (Nos. 1-8): The Stone Defendants agree to supplement each of these interrogatory responses in which they reference Rule 33(d) to provide a substantive response or identify specific documents and portions of documents by Bates numbers or equivalent means.

1

(B) Roger and Nydia Stone (Nos. 5-8); Drake Ventures (Nos. 5-7); Bertran Trust (Nos. 4-5). The Stone Defendants agree to supplement each of these interrogatory responses in which they reference "personal knowledge of the litigants" to identify the particular person's knowledge to whom they refer.

(C) Roger and Nydia Stone (Nos. 5-10); Drake Ventures (Nos. 5-7); Bertran Trust (Nos. 4-5). The Stone Defendants agree to supplement each of these interrogatory responses in which they objected to identifying "all" documents to identify the material or principal documents that support the statement (or denial), by Bates number or equivalent means.

(2) Requests for Production:

(A) Roger and Nydia Stone (Nos. 1-11, 13-16); Drake Ventures (Nos. 1-18); Bertran Trust (Nos. 1-4, 5-11, 13-16): The Stone Defendants will conduct a reasonable search for and produce documents in their possession, custody, or control that are responsive to each of these requests by June 17, 2022. As part of that supplemental response, the Stone Defendants will describe the scope of their search and identify the third-parties who may, or are likely to possess responsive documents.

The parties request that the Court permit the United States to file a supplemental notice of no more than 3 pages in length regarding any asserted remaining deficiencies in the Stone Defendants' responses to the above discovery by June 28, 2022. The parties further request that the Stone Defendants be permitted to file a response to that supplemental notice by July 1, 2022.

For the Court's convenience, a proposed order is attached to this response.

Dated: June 2, 2022                     Respectfully Submitted,

/s/ Brian R. Harris
Brian R. Harris
FL Bar No. 512001
**FOGARTY MUELLER HARRIS, PLLC**
100 E. Madison St., Ste. 202
Tampa, FL 33602
813-682-1720 (phone)
brian@fmhlegal.com

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2022, I filed the foregoing document with the EM/ECM system.

/s/ Brian R. Harris

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA;

   *Plaintiff*,

v.

ROGER J. STONE, *et al.*,

   *Defendants*.

Case No: 1:21-cv-60825-RAR

**[PROPOSED] ORDER GRANTING
THE UNITED STATES' MOTION TO COPMEL**

For good cause shown, the United States' Motion to Compel is **GRANTED**.

The Stone Defendants shall do the following by Friday, June 17, 2022:

(1) Interrogatory Responses:

   (A) Roger and Nydia Stone (Nos. 1-8, 11-13); Drake Ventures (Nos. 1-11); Bertran Trust (Nos. 1-8): The Stone Defendants shall supplement each of these interrogatory responses in which they reference Rule 33(d) to provide a substantive response or identify specific documents and portions of documents by Bates numbers or equivalent means.

   (B) Roger and Nydia Stone (Nos. 5-8); Drake Ventures (Nos. 5-7); Bertran Trust (Nos. 4-5). The Stone Defendants shall supplement each of these interrogatory responses in which they reference "personal knowledge of the litigants" to identify the particular person's knowledge to whom they refer.

   (C) Roger and Nydia Stone (Nos. 5-10); Drake Ventures (Nos. 5-7); Bertran Trust (Nos. 4-5). The Stone Defendants shall supplement each of these interrogatory responses in

1

which they objected to identifying "all" documents to identify the material or principal documents that support the statement (or denial), by Bates number or equivalent means.

(2) Requests for Production:

(A) Roger and Nydia Stone (Nos. 1-11, 13-16); Drake Ventures (Nos. 1-18); Bertran Trust (Nos. 1-4, 5-11, 13-16): The Stone Defendants shall conduct a reasonable search for and produce documents in their possession, custody, or control that are responsive to each of these requests. As part of that supplemental response, the Stone Defendants shall describe the scope of their search and identify the third-parties who may, or are likely to possess responsive documents.

The United States shall file a supplemental notice of no more than 3 pages in length regarding any asserted remaining deficiencies in the Stone Defendants' responses to the above discovery, or notifying the Court that no deficiencies remain, by June 28, 2022. The Stone Defendants may file a response to that supplemental notice by July 1, 2022.

ENTERED this __ day of _____ 2022.

_____

U.S. District Judge

Copies furnished:

All counsel of record via ECF