UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 21-60825-CIV-RUIZ/HUNT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROGER J. STONE, et al.,

        Defendants.

_____/

## ORDER

This matter is before this Court on Plaintiff's Motion to Compel Production of Documents and Interrogatory Responses ("Motion"), ECF No. 50. The Honorable Rodolfo A. Ruiz, II, referred this case to Magistrate Judge Lurana S. Snow for all discovery matters. ECF No. 42; *see also* 28 U.S.C. § 636; S.D. Fla. L.R., Mag. R. 1. Upon Magistrate Judge Snow's retirement, the undersigned has been reassigned to the instant case and the motion has been referred to the undersigned. *See* ECF No 52. Upon thorough and careful review of the record, the Motion and Defendants' Agreed Response, the applicable law, and being otherwise fully advised in the premises, Plaintiff's Motion, ECF No. 50, is GRANTED as follows:

    1) In regard to Defendant's Interrogatory Responses:

        (A) Roger and Nydia Stone (Nos. 1-8, 11-13); Drake Ventures (Nos. 1-11); Bertran Trust (Nos. 1-8): The Stone Defendants shall supplement each of these interrogatory responses in which they reference Rule 33(d) to provide a substantive response or identify specific documents and portions of documents by Bates numbers or equivalent means.

    (B) Roger and Nydia Stone (Nos. 5-8); Drake Ventures (Nos. 5-7); Bertran Trust (Nos. 4-5). The Stone Defendants shall supplement each of these interrogatory responses in which they reference "personal knowledge of the litigants" to identify the particular person's knowledge to whom they refer.

    (C) Roger and Nydia Stone (Nos. 5-10); Drake Ventures (Nos. 5-7); Bertran Trust (Nos. 4-5). The Stone Defendants shall supplement each of these interrogatory responses in which they objected to identifying "all" documents to identify the material or principal documents that support the statement (or denial), by Bates number or equivalent means.

2) In regard to the Requests for Production:

    (A) Roger and Nydia Stone (Nos. 1-11, 13-16); Drake Ventures (Nos. 1-18); Bertran Trust (Nos. 1-4, 5-11, 13-16): The Stone Defendants shall conduct a reasonable search for and produce documents in their possession, custody, or control that are responsive to each of these requests. As part of that supplemental response, the Stone Defendants shall describe the scope of their search and identify the third-parties who may, or are likely to possess responsive documents.

Defendants shall conduct the above-mentioned searches, supplement their responses, and produce responsive documents by June 17, 2022. The United States shall file a supplemental notice of no more than 3 pages in length regarding any asserted remaining deficiencies in the Stone Defendants' responses to the above discovery, or notifying the Court that no deficiencies remain, by June 28, 2022. Defendants may file a response to that supplemental notice by July 1, 2022.

Based on the foregoing, it is hereby ORDERED AND ADJUDGED that Plaintiff's Motion to Compel, ECF No. 50, is GRANTED.

**DONE and ORDERED** at Fort Lauderdale, Florida this 14th day of June 2022.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Rodolfo A. Ruiz, II

All Counsel of Record