UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA;

     *Plaintiff,*

v.

ROGER J. STONE, *et al.*,

     *Defendants*.

Case No: 1:21-cv-60825-RAR

## AGREED MOTION TO EXTEND TIME TO SUPPLEMENT DISCOVERY RESPONSES

On June 14, 2022, the Court granted the United States' Motion to Compel and the Stone Defendants' Agreed Response. [DE 54.]  The Court's order directed the Stone Defendants to supplement their discovery responses by June 17, 2022.

The Stone Defendants submitted a settlement offer to the United States that, if accepted, will resolve all claims and issues in this case.  The United States is currently processing the offer in accordance with its internal procedures and expects to provide a response next week.  If the United States accepts the offer, the parties will submit a joint filing with the Court requesting entry of a consent judgment that will end the case.

In light of the pending offer, the Stone Defendants request that the Court grant them a one-week extension of time to supplement their discovery responses, which will allow the parties time to complete settlement discussions and, if appropriate, to make a corresponding filing with the Court.

Counsel for the Stone Defendants spoke with counsel for the United States, who stated that the United States agrees to this request for an extension.

Dated: June 17, 2022　　　　Respectfully Submitted,

/s/ Brian R. Harris
Brian R. Harris
FL Bar No. 512001
**FOGARTY MUELLER HARRIS, PLLC**
100 E. Madison St., Ste. 202
Tampa, FL 33602
813-682-1720 (phone)
brian@fmhlegal.com

## CERTIFICATE OF SERVICE

I certify that on June 17, 2022, I filed the foregoing document with the EM/ECM system.

/s/ Brian R. Harris