UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; <br><br> *Plaintiff*, <br><br> v. <br><br> ROGER J. STONE, *et al.*, <br><br> *Defendants*. | Case No: 1:21-cv-60825-RAR |

## AGREED MOTION TO EXTEND TIME TO SUPPLEMENT DISCOVERY RESPONSES

On June 14, 2022, the Court granted the United States' Motion to Compel and the Stone Defendants' Agreed Response. [DE 54.]  The Court's order directed the Stone Defendants to supplement their discovery responses by June 17, 2022.

On June 17, 2022, the Stone Defendants filed an agreed motion to extend the time to supplement their discovery responses. [DE 55.]  The motion described that the Stone Defendants had submitted a settlement offer to the United States that, if accepted, would resolve all claims and issues in this case, and that the United States was currently processing the offer in accordance with its internal procedures and expected to provide a response within a week.  If accepted, the parties would submit a joint filing with the Court requesting entry of a consent judgment that would end the case.  The Court granted the extension of time.  [DE56.]

The United States now advises that it is continuing to process the settlement offer but needs another week to provide a response. In light of the pending offer, the Stone Defendants request that the Court grant them an additional one-week extension of time though July 1, 2022, to supplement their discovery responses. This will allow the United States time to process the settlement offer, and if accepted, for the parties to make a corresponding filing with the Court.

Counsel for the Stone Defendants spoke with counsel for the United States, who stated that the United States agrees to this request for an extension.

Dated: June 24, 2022

Respectfully Submitted,

/s/ Brian R. Harris
Brian R. Harris
FL Bar No. 512001
**FOGARTY MUELLER HARRIS, PLLC**
100 E. Madison St., Ste. 202
Tampa, FL 33602
813-682-1720 (phone)
brian@fmhlegal.com

### CERTIFICATE OF SERVICE

I certify that on June 24, 2022, I filed the foregoing document with the EM/ECM system.

/s/ Brian R. Harris