UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA;

     *Plaintiff*,

v.

ROGER J. STONE, *et al.*,

     *Defendants*.

Case No: 1:21-cv-60825-RAR

**AGREED MOTION TO EXTEND TIME TO
SUPPLEMENT DISCOVERY RESPONSES**

On June 14, 2022, the Court granted the United States' Motion to Compel and the Stone Defendants' Agreed Response. [DE 54.]  The Court's order directed the Stone Defendants to supplement their discovery responses by June 17, 2022.

The Stone Defendants have previously filed motions to extend the time to supplement their discovery, which the Court granted.  [DE 56, 58.]  Those motions described that the Stone Defendants had submitted a settlement offer to the United States that, if accepted, would resolve all claims and issues in this case, and that the United States was currently processing the offer in accordance with its internal procedures and expected to provide a response within a week.  If accepted, the parties would submit a joint filing with the Court requesting entry of a consent judgment that would end the case.

1

The United States has again advised that it is continuing to process the settlement offer but needs another week to provide a response.  In light of the pending offer, the Stone Defendants request that the Court grant them an additional one-week extension of time though July 8, 2022, to supplement their discovery responses.  This will allow the United States time to process the settlement offer, and if accepted, for the parties to make a corresponding filing with the Court.

Counsel for the Stone Defendants spoke with counsel for the United States, who stated that the United States agrees to this request for an extension.

Dated: June 30, 2022                    Respectfully Submitted,

                                        /s/ Brian R. Harris
                                        Brian R. Harris
                                        FL Bar No. 512001
                                        **FOGARTY MUELLER HARRIS, PLLC**
                                        100 E. Madison St., Ste. 202
                                        Tampa, FL 33602
                                        813-682-1720 (phone)
                                        brian@fmhlegal.com

## CERTIFICATE OF SERVICE

I certify that on June 30, 2022, I filed the foregoing document with the EM/ECM system.

                                        /s/ Brian R. Harris