UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA;

     *Plaintiff,*

v.

ROGER J. STONE, *et al.*,

     *Defendants*.

Case No: 1:21-cv-60825-RAR

## AGREED MOTION TO EXTEND TIME TO
## SUPPLEMENT DISCOVERY RESPONSES

On June 14, 2022, the Court granted the United States' Motion to Compel and the Stone Defendants' Agreed Response. [DE 54.]  The Court's order directed the Stone Defendants to supplement their discovery responses by June 17, 2022.

The Stone Defendants have previously filed motions to extend the time to supplement their discovery, which the Court granted.  [DE 56, 58, 60.]  Those motions described that the Stone Defendants had submitted a settlement offer to the United States that, if accepted, would resolve all claims and issues in this case, and that the United States was currently processing the offer in accordance with its internal procedures and expected to provide a response within a week.  If accepted, the parties would submit a joint filing with the Court requesting entry of a consent judgment that would end the case.

On July 7, 2022, the United States again advised that it is continuing to process the settlement offer but needs another week to provide a response.  In light of the pending offer, the Stone Defendants request that the Court grant them an additional one-week extension of time though July 15, 2022, to supplement their discovery responses.  This will allow the United States time to process the settlement offer, and if accepted, for the parties to make a corresponding filing with the Court.

Additionally, on June 9, 2022, the United States served requests for admissions to Defendants Roger and Nydia Stone.  The deadline to respond to those requests is July 9, 2022.  For the same reasons, the United States and the Stones have similarly agreed to extend the time for the Stones to respond to those requests to July 15, 2022.  Because the deadline for completing discovery in this case is July 12, 2022, pursuant to Fed. R. Civ. Pro. 29, the Stones request that the Court also approve this extension of time.

Counsel for the Stone Defendants spoke with counsel for the United States, who stated that the United States agrees to this request for an extension as to both supplementing the Stones' prior discovery responses and the time for responding to the requests for admissions.

Dated: July 8, 2022   Respectfully Submitted,

       <u>/s/ Brian R. Harris</u>
       Brian R. Harris
       FL Bar No. 512001
       **FOGARTY MUELLER HARRIS, PLLC**
       100 E. Madison St., Ste. 202
       Tampa, FL 33602
       813-682-1720 (phone)
       brian@fmhlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 8, 2022, I filed the foregoing document with the EM/ECM system.

       <u>/s/ Brian R. Harris</u>