IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:21-cv-60825-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, et al.;

    Defendants.

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

The United States of America and Roger Stone, Nydia Stone (individually and as trustee for the Bertran Family Revocable Trust), Drake Ventures LLC, and the Bertran Family Revocable Trust (collectively, the "Stone Defendants"), jointly move the Court for entry of the attached consent judgment, which resolves all of the United States' claims against the Stone Defendants except those described below.

Subject to the agreement of the Court and entry of the attached consent judgement, the United States requests that the Court dismiss, without prejudice under FED. R. CIV. P. 41(a)(2), the United States' claims against Drake Ventures, and also Counts III (Alter Ego Liability), IV (Fraudulent Transfer), and V (Nominee Liability).

Counsel for the United States has conferred with counsel for all parties who have appeared in this action, and no party opposes the relief requested in this motion.

Date:  July 15, 2022

Respectfully submitted,

David A. Hubbert
Deputy Assistant Attorney General

By:

**Christopher J. Coulson**
CHRISTOPHER J. COULSON
Florida Special Bar No. A5502672
Christopher.J.Coulson@usdoj.gov
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0061
Facsimile: (202) 514-4963
Attorney for Plaintiff United States

*Of Counsel*

JUAN ANTONIO GONZALEZ
United States Attorney


**Brian R. Harris**
Brian R. Harris
FL Bar No. 512001
FOGARTY MUELLER HARRIS, PLLC
100 E. Madison St., Ste. 202
Tampa, FL 33602
813-682-1720 (phone)
brian@fmhlegal.com
Attorney for the Stone Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

*/s/ Christopher J. Coulson*
Trial Attorney
United States Department of Justice, Tax Division