UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60825-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ROGER J. STONE**, *et al.*,

    Defendants.
_____/

## CONSENT JUDGMENT

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Entry of Consent Judgment [ECF No. 63] ("Motion"), filed on July 15, 2022. Having carefully reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Judgment is entered against Roger and Nydia Stone jointly and severally in the amount of $1,657,808.63 as of July 12, 2022 for their unpaid income taxes, penalties, and interest for tax years 2007 through 2011, plus interest thereon as provided by 26 U.S.C. §§ 6601, 6621, and 6622 and any other statutory additions provided by law, less any payments or credits processed prior to the date of this Consent Judgment.

2. Judgment is entered against Roger Stone in the amount of $453,498.54 as of July 12, 2022 for his unpaid income tax, penalties, and interest for tax year 2018, plus interest thereon as provided by 26 U.S.C. §§ 6601, 6621, and 6622 and any other statutory additions provided by law, less any payments or credits processed prior to the date of this Consent Judgment.

3. The assets of the Bertran Family Revocable Trust, including the full extent of its interest in the Stone Residence, are available to satisfy judgments against Nydia Stone.

4.       Tax liens that arose upon assessment of the taxes owed by Roger and Nydia Stone are valid and enforceable against all of the property held by Roger Stone; Nydia Stone; and the Bertran Family Revocable Trust, including the Stone Residence.

5.       The United States' claims against Drake Ventures LLC are **dismissed** *without prejudice*.  Also, the United States' Count III (Alter Ego Liability), Count IV (Fraudulent Transfer), and Count V (Nominee Liability) are **dismissed** *without prejudice*.

6.       Each party shall bear its own costs and attorneys' fees.

7.       The Court retains jurisdiction to enter further orders as may be deemed necessary and proper to facilitate this Consent Judgment.

8.       The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of July, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record