IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:21-cv-60825-RAR-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, ET AL.,

    Defendants.

_____

**NOTICE OF APPEARANCE OF THOMAS K. VANASKIE ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA**

    Please enter the appearance of Thomas K. Vanaskie as counsel for plaintiff the United States of America in the above-captioned action. All future notices, orders, filings, and correspondence in this action should be served on the undersigned at the address below.

Dated August 3, 2022.

    Respectfully submitted,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    **Thomas K. Vanaskie**
    THOMAS K. VANASKIE
    D.C. Bar No. 1000405
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 14198

Washington, D.C.  20044
202-305-7921 (v)
202-514-4963 (f)
Thomas.K.Vanaskie@usdoj.gov

Of Counsel:

JUAN ANTONIO GONZALEZ
United States Attorney

## CERTIFICATE OF SERVICE

 I hereby certify that on August 3, 2022, I electronically filed the foregoing Notice of Appearance of Thomas K. Vanaskie on Behalf of Plaintiff United States of America with the Clerk of the Court by using the CM/ECF system, which served notice of electronic filing to all counsel of record.

**Thomas K. Vanaskie**
THOMAS K. VANASKIE
Trial Attorney, Tax Division