# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
# Case No. 0:21-cv-60825-RAR-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, et al.;

    Defendants.

## UNITED STATES NOTICE OF ATTORNEY WITHDRAWAL

Please withdraw the appearance of Christopher J. Coulson as counsel for the United States. Mr. Coulson will be departing the Department of Justice effective August 5, 2022. Thomas K. Vanaskie will continue to represent the United States.

Date:  August 5, 2022

    Respectfully submitted,

    David A. Hubbert
    Deputy Assistant Attorney General

By:

    **Christopher J. Coulson**

    THOMAS K. VANASKIE
    D.C. Bar No. 1000405

Thomas.K.Vanaskie@usdoj.gov
CHRISTOPHER J. COULSON
Florida Special Bar No. A5502672
Christopher.J.Coulson@usdoj.gov
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7921 (Vanaskie)
              (202) 353-0061 (Coulson)
Facsimile:  (202) 514-4963
Attorneys for Plaintiff United States

*Of Counsel*

JUAN ANTONIO GONZALEZ
United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

**Christopher J. Coulson**

Trial Attorney
United States Department of Justice, Tax Division