**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 0:21-cv-60825-RAR-SNOW**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ROGER J. STONE, ET AL.,

     Defendants.

_____

## SATISFACTION OF JUDGMENT

     The United States of America gives notice that the Consent Judgment entered on July 18, 2022 (ECF No. 64) has been satisfied in full. The Clerk of the United States District Court for the Southern District of Florida is hereby authorized to satisfy and cancel the Consent Judgment.

Dated April 1, 2026.

          Respectfully submitted,

          BRETT A. SHUMATE
          Assistant Attorney General

          JOSHUA WU
          Deputy Assistant Attorney General
          Tax Litigation Branch

          **Thomas K. Vanaskie**
          THOMAS K. VANASKIE
          D.C. Bar No. 1000405
          Assistant Director, Tax Litigation Branch
          Civil Division
          U.S. Department of Justice
          P.O. Box 14198
          Washington, D.C.  20044
          202-305-7921 (v)
          202-514-4963 (f)
          Thomas.K.Vanaskie@usdoj.gov

Of Counsel:

JASON A. REDING QUIÑONES
United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing Satisfaction of Judgment with the Clerk of the Court by using the CM/ECF system, which served notice of electronic filing to all counsel of record.


**Thomas K. Vanaskie**
THOMAS K. VANASKIE
Assistant Director, Tax Litigation Branch

2